IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MATDISON G. CARTER SPECIAL )
NEEDS TRUST;[1] SAHRA CARTER, )
individually and as Mother and Natural ) No. 3-08-0965
Guardian of MATDISON G. CARTER )
)
v. )
)
UNITED STATES OF AMERICA )

O R D E R

Upon the defendant's request and with agreement of the plaintiff, the order entered November 21, 2008 (Docket Entry No. 12) is MODIFIED as follows:

The June 18, 2010, deadline for the parties to file any motions in limine, any Daubert motions and/or motions relating to expert testimony, any evidentiary objections to deposition testimony, in accord with Local Rules 32.01(b) and 39.01(d)(1) and Rule 26(a)(3)(B), and any objections to proposed exhibits in accord with Rule 26(a)(3)(B) is extended to June 25, 2010.

The July 2, 2010, deadline for the parties to file responses to such motions in limine, any responses to any Daubert motions and/or motions relating to expert testimony, any responses to objections to deposition testimony and proposed exhibits, and a proposed pretrial order remain as provided in the November 21, 2008, order.

If, because of the extension provided herein, the plaintiff is unable to respond to any motions filed by the defendant by the July 2, 2010, deadline, counsel for the parties shall schedule a conference call with the undersigned prior to July 2, 2010.[2]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By orders entered November 21, 2008 (Docket Entry Nos. 11-12), the parties stipulated that Matdison G. Carter Special Needs Trust was not a proper plaintiff, its claims were dismissed, and the Matdison G. Carter Special Needs Trust was terminated as a plaintiff in this case.

[2] Defendant's counsel agreed to provide plaintiff's counsel with a preview of the arguments that defendant's counsel expects to include in any motion in limine or motion relating to experts that the defendant expects to file.