```
                 UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION

SAHRA CARTER, Individually, and)
as Mother and Natural Guardian )
of Matdison G. Carter,         )
                               )
     Plaintiff,                )
                               )
              v.               )    NO.  3:08-0965
                               )
UNITED STATES OF AMERICA,      )    Judge Nixon/Griffin
                               )
     Defendant.                )
```

## O R D E R

        The undersigned Magistrate Judge conducted a settlement conference with the parties on July 7, 2010.  The parties and their representatives met, negotiated in good faith, and agreed to a tentative settlement of all claims subject to certain approvals that have not yet been obtained.  The parties committed to seek those additional required approvals diligently and to use their best efforts to obtain such approvals as soon as possible.

        The parties are hereby **ORDERED** to file a stipulation and proposed order of dismissal as soon as their settlement is consummated, and, in any event, within ninety days of the date of this order.  The Clerk is directed to return this file to the District Judge pending the filing of the parties' stipulation of dismissal.

        It is so **ORDERED**.

                                   s/ John S. Bryant
                                   JOHN S. BRYANT
                                   United States Magistrate Judge