IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAHRA CARTER, Individually, and as Mother and Natural Guardian of MATDISON G. CARTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL ACTION NO.: 3:08-cv-00965 <br> JUDGE NIXON <br> MAGISTRATE JUDGE GRIFFIN |

## AGREED ORDER OF DISMISSAL

The parties, Plaintiff Sahra Carter, Individually and as Mother and Natural Guardian of Matdison G. Carter, and Defendant United States of America, by and through their respective counsel, have informed the Court that all matters between these parties have been settled and compromised. Accordingly, this civil action is hereby DISMISSED against the United States of America with prejudice.

It is so **ORDERED**.

**ENTERED** this the 22nd day of September, 2010.

JOHN T. NIXON
UNITED STATES JUDGE

Respectfully submitted,

_____
PETER M. OLSON, B.P.R. 014977
Olson & Wallace, PC
Attorneys at Law
114 Franklin Street
Clarksville, Tennessee 37040
*Attorney for the Plaintiff*


JERRY E. MARTIN
United States Attorney
By: _____

_____
S. DELK KENNEDY, B.P.R. #009799
Assistant United States Attorney
Middle District Tennessee
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
*Attorneys for the Defendant*

2